**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLENE DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEW JERSEY, et al.<br><br>    Defendant. | Civil Action No: 22-3755(MCA)<br><br>**ORDER FOR DISMISSAL** |

It appearing in the above captioned action that the plaintiff has failed to move this action by either paying the filing fee or filing an application to proceed in forma pauperis within the time frame established by this Court;

**It is on this 21st day of July, 2022;**

**ORDERED** that this action is hereby dismissed without prejudice for failure to comply with the Court's letter issued on June 14, 2022.

  *s/Madeline Cox Arleo*
  HON. MADELINE COX ARLEO
  UNITED STATES DISTRICT JUDGE